## Commonwealth *v.* Reaves, Appellant.

Submitted September 11, 1972. *Lee Mandell,* and *Charleston & Fenerty,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Remley, Appellant.

Submitted September 18, 1972. *Neil Leibman,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.